Certificate Number: 05781-PAM-DE-037799628

Bankruptcy Case Number: 23-21928



05781-PAM-DE-037799628

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 26, 2023</u>, at <u>8:03</u> o'clock <u>PM PDT</u>, <u>Gwendolyn Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 26, 2023</u>          By:   <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>