## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gwendolyn Lewis, | : | Bankruptcy No. 23-21928-CMB |
| Debtor. | : | Chapter 13 |
| Gwendolyn Lewis, | : | |
| Movant, | : | Document No. |
| | : | Related Document No. |
| v. | : | |
| No Respondents. | : | |

### ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN, STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and other Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file her schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and other related documents is hereby extended to October 10, 2023. It is further ORDERED that this Order is entered without prejudice to the Debtor's right to seek further extensions of such deadline, should circumstances so require.

Dated: 9/29/2023

United States Bankruptcy Judge

dmk

FILED
9/29/23 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gwendolyn Lewis  
    Debtor

Case No. 23-21928-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Sep 29, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

**Recip ID**      **Recipient Name and Address**  
db      + Gwendolyn Lewis, 3725 Windgap Avenue, Pittsburgh, PA 15204-1023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian C. Thompson  
     on behalf of Debtor Gwendolyn Lewis bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Jeffrey Hunt  
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 6