# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Gwendolyn Lewis**                                          Case No.   **23-21928**

Debtor(s)                       Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Gwendolyn Lewis__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐        I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐        I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■        I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **October 25, 2023**                Signature   **/s/ Gwendolyn Lewis**

**Gwendolyn Lewis**
Debtor

**vitalant**

Payslip

| Employee Full Name | Gwendolyn Lewis | Employer Name | Vitalant |
|---|---|---|---|
| Job Title | Hospital Distribution Tech (U).901166 | Employer Phone Number | |
| Employee Number | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | Collective Agreement | |
| Position | | Contract | |
| Payroll | BSI Bi-Weekly | Grade | UN.NATB |
| | | | |
| Employee Address | 3725 Windgap Avenue | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 15-Sep-2023 | 27-Aug-2023 | 09-Sep-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,177.41 | 331.49 | 439.30 | 12.80 | 1,393.82 |
| YTD | 31,971.44 | 4,251.87 | 6,950.38 | -495.16 | 21,264.35 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 25.15 | 255.83 |
| OVERTIME | | | 20.77003 | 15.35 | 318.82 | 68.43 | 1,420.68 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 600.00 |
| REG HOURS WAGES | | | 20.77151 | 47.53 | 987.27 | 1205.46 | 24,939.36 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.77 | 1.00 | 20.77 | 6.00 | 124.64 |
| HOLIDAY | | | 20.77 | 8.00 | 166.16 | 24.00 | 498.48 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | 1.20 | 5.70 | 6.84 | 35.77 | 42.92 |
| WEEKEND PREM | | | 0.7002 | 24.45 | 17.12 | 312.24 | 218.58 |
| OT PREM HRS | | | 10.55049 | 15.35 | 161.95 | 68.43 | 728.96 |
| PTO HRS | | | 20.77 | 24.00 | 498.48 | 84.50 | 1,744.36 |
| UPTO HRS | | | | 0.00 | 0.00 | 16.00 | 332.32 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 37.40 |
| Health Care FSA | 20.00 | 340.00 |
| Vitalant Medical | 45.00 | 765.00 |
| BSI Dental | 3.00 | 51.00 |
| BSI 401k | 261.29 | 3,058.47 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 188.82 | 2,741.65 |
| Social Security | 130.65 | 1,008.24 |
| Medicare | 30.55 | 446.28 |
| PA State Tax | 64.69 | 944.90 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 21.07 | 307.80 |
| OPT Green Tree | 2.00 | 36.00 |
| PA Unemployment | 1.52 | 22.36 |
| City Withheld | 0.00 | 307.80 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 0.00 | 443.23 |
| Union Fund Assessmt | 0.00 | 8.00 |
| Optional Life 1X | 12.80 | 216.73 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2783568229 | Little Giant Federal Credit Union | S | | 125.00 |
| 2783568229 | PNC | C | | 1,268.82 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

vitalant

| Other Information | |
|---|---|
| **Description** | **Value** |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,598.55 |
| PTO Hours Total To Date | 145.72 |
| 401k ER Match This Period | 108.87 |
| PTO Hours This Period | 8.93 |

| Message(s) |
|---|
| No Message(s) Found |



| Employee Full Name | Gwendolyn Lewis | | Employer Name | Vitalant |
|---|---|---|---|---|
| Job Title | Hospital Distribution Tech (U),901166 | | Employer Phone Number | |
| Employee Number | | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | | Frequency | Week |
| Adjusted Service Date | | | Shift | |
| Assignment Number | | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | | Collective Agreement | |
| Position | | | Contract | |
| Payroll | BSI Bi-Weekly | | Grade | UN.NATB |
| | | | | |
| Employee Address | 3725 Windgap Avenue | | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | | 501 Martindale Street |
| | US | | | Pittsburgh, PA 15212 |
| | | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 01-Sep-2023 | 13-Aug-2023 | 26-Aug-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,023.81 | 313.06 | 404.99 | 76.93 | 1,228.83 |
| YTD | 29,794.03 | 3,920.38 | 6,490.01 | -507.96 | 19,891.60 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 25.15 | 255.83 |
| OVERTIME | | | 20.76273 | 9.82 | 203.89 | 53.08 | 1,101.86 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 600.00 |
| REG HOURS WAGES | | | 20.76902 | 72.82 | 1,512.40 | 1157.93 | 23,952.09 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.77 | 1.00 | 20.77 | 5.00 | 103.87 |
| HOLIDAY | | | | 0.00 | 0.00 | 16.00 | 332.32 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 30.07 | 36.08 |
| UPTO HRS | | | | 0.00 | 0.00 | -56.00 | -1,163.12 |
| WEEKEND PREM | | | 0.70 | 25.00 | 17.50 | 287.79 | 201.46 |
| OT PREM HRS | | | 10.49796 | 9.82 | 103.09 | 53.08 | 567.01 |
| PTO HRS | | | | 0.00 | 0.00 | 60.50 | 1,245.88 |
| UPTO HRS | | | 20.77 | 8.00 | 166.16 | 72.00 | 1,495.44 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 35.20 |
| Health Care FSA | 20.00 | 320.00 |
| Vitalant Medical | 45.00 | 720.00 |
| BSI Dental | 3.00 | 48.00 |
| BSI 401k | 242.86 | 2,797.18 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 172.60 | 2,563.00 |
| Social Security | 121.12 | 1,777.59 |
| Medicare | 28.33 | 415.73 |
| PA State Tax | 59.98 | 880.21 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 19.54 | 286.73 |
| OPT Green Tree | 2.00 | 34.00 |
| PA Unemployment | 1.42 | 20.84 |
| City Withheld | 0.00 | 286.73 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 63.13 | 443.23 |
| Union Fund Assessmt | 1.00 | 8.00 |
| Optional Life 1X | 12.80 | 203.93 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2776630057 | PNC | C | | 1,103.83 |
| 2776630057 | Little Giant Federal Credit Union | S | | 125.00 |

### Third Party Pay Distribution

vitalant.

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

| Description | Value |
|---|---|
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,489.68 |
| PTO Hours Total To Date | 160.78 |
| 401k ER Match This Period | 101.19 |
| PTO Hours This Period | 8.93 |

### Message(s)

No Message(s) Found

**vitalant**

| | | | |
|---|---|---|---|
| **Employee Full Name** | Gwendolyn Lewis | **Employer Name** | Vitalant |
| **Job Title** | Hospital Distribution Tech (U).901166 | **Employer Phone Number** | |
| **Employee Number** | | **Organization** | D 2501 Distribution 6901 |
| **Latest Hire Date** | 15-Jan-2018 | **Pay Basis** | Non Exempt |
| **Original Hire Date** | 21-Aug-2006 | **Frequency** | Week |
| **Adjusted Service Date** | | **Shift** | |
| **Assignment Number** | | **Bargaining Unit** | SEIU #PITTS |
| **Location** | 2501 PA Pittsburgh | **Collective Agreement** | |
| **Position** | | **Contract** | |
| **Payroll** | BSI Bi-Weekly | **Grade** | UN.NATB |
| **Employee Address** | 3725 Windgap Avenue | **Employer Address** | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 18-Aug-2023 | 30-Jul-2023 | 12-Aug-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,833.91 | 290.27 | 362.53 | 12.80 | 1,168.31 |
| **YTD** | 27,770.22 | 3,607.32 | 6,065.48 | -584.89 | 18,682.31 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 25.15 | 255.83 |
| OVERTIME | | | 20.75315 | 3.97 | 82.39 | 43.26 | 897.97 |
| ON CALL | | | | 0.00 | 30.00 | 0.00 | 600.00 |
| REG HOURS WAGES | | | 20.77006 | 79.50 | 1,651.22 | 1085.11 | 22,439.69 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.78 | 0.50 | 10.39 | 4.00 | 83.10 |
| HOLIDAY | | | | 0.00 | 0.00 | 16.00 | 332.32 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 0.00 | 36.08 |
| WEEKEND PREM | | | 0.7002 | 25.15 | 17.61 | 262.79 | 183.96 |
| OT PREM HRS | | | 10.65491 | 3.97 | 42.30 | 43.26 | 463.92 |
| PTO HRS | | | | 0.00 | 0.00 | 60.50 | 1,245.88 |
| UPTO HRS | | | | 0.00 | 0.00 | 8.00 | 166.16 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 33.00 |
| Health Care FSA | 20.00 | 300.00 |
| Vitalant Medical | 45.00 | 675.00 |
| BSI Dental | 3.00 | 45.00 |
| BSI 401k | 220.07 | 2,554.32 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 152.54 | 2,380.40 |
| Social Security | 109.35 | 1,658.47 |
| Medicare | 25.57 | 387.40 |
| PA State Tax | 54.15 | 820.23 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 17.64 | 267.19 |
| OPT Green Tree | 2.00 | 32.00 |
| PA Unemployment | 1.28 | 19.42 |
| City Withheld | 0.00 | 267.19 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 0.00 | 380.10 |
| Union Fund Assessmt | 0.00 | 7.00 |
| Optional Life 1X | 12.80 | 191.13 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2769802715 | PNC | C | | 1,043.31 |
| 2769802715 | Little Giant Federal Credit Union | S | | 125.00 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

**Payslip**



## Other Information

| Description | Value |
| --- | --- |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,388.49 |
| PTO Hours Total To Date | 159.85 |
| 401k ER Match This Period | 91.70 |
| PTO Hours This Period | 8.93 |

## Message(s)

No Message(s) Found


vitalant.

| Employee Full Name | Gwendolyn Lewis | Employer Name | Vitalant |
| Job Title | Hospital Distribution Tech (U).901166 | Employer Phone Number | |
| Employee Number | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | Collective Agreement | |
| Position | | Contract | |
| Payroll | BSI Bi-Weekly | Grade | UN.NATB |
| | | | |
| Employee Address | 3725 Windgap Avenue | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 04-Aug-2023 | 16-Jul-2023 | 29-Jul-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,879.94 | 239.39 | 379.61 | 76.27 | 1,184.67 |
| YTD | 25,936.31 | 3,317.05 | 5,685.31 | -597.69 | 17,531.64 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 25.15 | 255.83 |
| OVERTIME | | | 20.79468 | 2.63 | 54.69 | 39.29 | 815.58 |
| ON CALL | | | | 0.00 | 105.00 | 0.00 | 570.00 |
| REG HOURS WAGES | | | 20.76998 | 63.95 | 1,328.24 | 1005.61 | 20,788.47 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.77 | 1.00 | 20.77 | 3.50 | 72.71 |
| HOLIDAY | | | | 0.00 | 0.00 | 16.00 | 332.32 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 30.07 | 36.08 |
| UPTO HRS | | | | 0.00 | 0.00 | -56.00 | -1,163.12 |
| WEEKEND PREM | | | 0.70025 | 16.28 | 11.40 | 237.64 | 166.35 |
| OT PREM HRS | | | 10.46388 | 2.63 | 27.52 | 39.29 | 421.62 |
| PTO HRS | | | 20.77 | 8.00 | 166.16 | 60.50 | 1,245.88 |
| UPTO HRS | | | 20.77 | 8.00 | 166.16 | 64.00 | 1,329.28 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 30.80 |
| Health Care FSA | 20.00 | 280.00 |
| Vitalant Medical | 45.00 | 630.00 |
| BSI Dental | 3.00 | 42.00 |
| BSI 401k | 169.19 | 2,334.25 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 164.17 | 2,227.06 |
| Social Security | 112.21 | 1,547.12 |
| Medicare | 26.25 | 361.83 |
| PA State Tax | 55.56 | 766.00 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 18.10 | 249.55 |
| OPT Green Tree | 2.00 | 30.00 |
| PA Unemployment | 1.32 | 18.14 |
| City Withheld | 0.00 | 249.55 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 62.47 | 380.10 |
| Union Fund Assessmt | 1.00 | 7.00 |
| Optional Life 1X | 12.80 | 178.33 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2762973231 | PNC | C | | 1,059.67 |
| 2762973231 | Little Giant Federal Credit Union | S | | 125.00 |

### Third Party Pay Distribution

**vitalant**

**Payslip**

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| | | | | |

**Other Information**

| Description | Value |
|---|---|
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,296.79 |
| PTO Hours Total To Date | 150.92 |
| 401k ER Match This Period | 93.99 |
| PTO Hours This Period | 8.93 |

**Message(s)**

No Message(s) Found

**vitalant**

Payslip

| | | | |
|---|---|---|---|
| Employee Full Name | Gwendolyn Lewis | Employer Name | Vitalant |
| Job Title | Hospital Distribution Tech (U).901166 | Employer Phone Number | |
| Employee Number | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | Collective Agreement | |
| Position | | Contract | |
| Payroll | BSI Bi-Weekly | Grade | UN.NATB |
| Employee Address | 3725 Windgap Avenue | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 21-Jul-2023 | 02-Jul-2023 | 15-Jul-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,856.37 | 237.27 | 374.23 | 12.80 | 1,232.07 |
| YTD | 24,056.37 | 3,077.66 | 5,287.60 | -673.96 | 16,365.07 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | 10.38547 | 8.95 | 92.95 | 25.15 | 255.83 |
| OVERTIME | | | 20.76842 | 1.90 | 39.46 | 36.66 | 760.89 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 465.00 |
| REG HOURS WAGES | | | 20.77101 | 69.48 | 1,443.17 | 941.66 | 19,460.23 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | | 0.00 | 0.00 | 2.50 | 51.94 |
| HOLIDAY | | | 20.77 | 8.00 | 166.16 | 16.00 | 332.32 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 30.07 | 36.08 |
| UPTO HRS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| WEEKEND PREM | | | 0.70 | 16.70 | 11.69 | 221.36 | 154.95 |
| OT PREM HRS | | | 10.45263 | 1.90 | 19.86 | 36.66 | 394.10 |
| PTO HRS | | | 20.77 | 4.00 | 83.08 | 52.50 | 1,079.72 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 28.60 |
| Health Care FSA | 20.00 | 260.00 |
| Vitalant Medical | 45.00 | 585.00 |
| BSI Dental | 3.00 | 39.00 |
| BSI 401k | 167.07 | 2,165.06 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 161.60 | 2,063.69 |
| Social Security | 110.74 | 1,434.91 |
| Medicare | 25.89 | 335.58 |
| PA State Tax | 54.84 | 710.52 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 17.86 | 231.45 |
| OPT Green Tree | 2.00 | 28.00 |
| PA Unemployment | 1.30 | 16.82 |
| City Withheld | 0.00 | 231.45 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 0.00 | 317.63 |
| Union Fund Assessmt | 0.00 | 6.00 |
| Optional Life 1X | 12.80 | 165.53 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2756032341 | Little Giant Federal Credit Union | S | | 125.00 |
| 2756032341 | PNC | C | | 1,107.07 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

vitalant.

**Payslip**

| Other Information | |
| --- | --- |
| Description | Value |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,202.80 |
| PTO Hours Total To Date | 157.98 |
| 401k ER Match This Period | 92.82 |
| PTO Hours This Period | 8.93 |

| Message(s) |
| --- |
| No Message(s) Found |

# vitalant.

| | | | |
|---|---|---|---|
| Employee Full Name | Gwendolyn Lewis | Employer Name | Vitalant |
| Job Title | Hospital Distribution Tech (U).901166 | Employer Phone Number | |
| Employee Number | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | Collective Agreement | |
| Position | | Contract | |
| Payroll | BSI Bi-Weekly | Grade | UN.NATB |
| Employee Address | 3725 Windgap Avenue | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 07-Jul-2023 | 18-Jun-2023 | 01-Jul-2023 | 20.77 | 43,201.60 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,736.81 | 226.51 | 347.09 | 77.44 | 1,085.77 |
| YTD | 22,200.00 | 2,840.39 | 4,895.51 | -686.76 | 15,150.86 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 16.20 | 162.88 |
| OVERTIME | | | 20.80296 | 2.03 | 42.23 | 34.76 | 721.43 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 465.00 |
| REG HOURS WAGES | | | 20.77 | 80.00 | 1,661.60 | 872.18 | 18,017.06 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | | 0.00 | 0.00 | 2.50 | 51.94 |
| HOLIDAY | | | | 0.00 | 0.00 | 8.00 | 166.16 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 30.07 | 36.08 |
| UPTO HRS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| WEEKEND PREM | | | 0.6997 | 16.75 | 11.72 | 204.66 | 143.26 |
| OT PREM HRS | | | 10.47291 | 2.03 | 21.26 | 34.76 | 374.24 |
| PTO HRS | | | | 0.00 | 0.00 | 48.50 | 996.64 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 26.40 |
| Health Care FSA | 20.00 | 240.00 |
| Vitalant Medical | 45.00 | 540.00 |
| BSI Dental | 3.00 | 36.00 |
| BSI 401k | 156.31 | 1,997.99 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 148.54 | 1,902.09 |
| Social Security | 103.33 | 1,324.17 |
| Medicare | 24.17 | 309.69 |
| PA State Tax | 51.16 | 655.68 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 16.67 | 213.59 |
| OPT Green Tree | 2.00 | 26.00 |
| PA Unemployment | 1.22 | 15.52 |
| City Withheld | 0.00 | 213.59 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 63.64 | 317.63 |
| Union Fund Assessmt | 1.00 | 6.00 |
| Optional Life 1X | 12.80 | 152.73 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2748740259 | Little Giant Federal Credit Uniion | S | | 125.00 |
| 2748740259 | PNC | C | | 960.77 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

vitalant

| Other Information | |
| --- | --- |
| **Description** | **Value** |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,109.98 |
| PTO Hours Total To Date | 153.05 |
| 401k ER Match This Period | 86.84 |
| PTO Hours This Period | 8.93 |

| Message(s) |
| --- |
| No Message(s) Found |

**vitalant**

| | | | |
|---|---|---|---|
| Employee Full Name | Gwendolyn Lewis | Employer Name | Vitalant |
| Job Title | Hospital Distribution Tech (U).901166 | Employer Phone Number | |
| Employee Number | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | Frequency | Week |
| Adjusted Service Date | | Shift | |
| Assignment Number | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | Collective Agreement | |
| Position | | Contract | |
| Payroll | BSI Bi-Weekly | Grade | UN.NATB |
| | | | |
| Employee Address | 3725 Windgap Avenue | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | 501 Martindale Street |
| | US | | Pittsburgh, PA 15212 |
| | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 23-Jun-2023 | 04-Jun-2023 | 17-Jun-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,927.70 | 243.69 | 390.44 | 12.80 | 1,280.77 |
| YTD | 20,463.19 | 2,613.88 | 4,531.75 | -764.20 | 14,081.76 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 16.20 | 162.88 |
| OVERTIME | | | 20.80288 | 2.08 | 43.27 | 32.73 | 679.20 |
| ON CALL | | | | 0.00 | 135.00 | 0.00 | 465.00 |
| REG HOURS WAGES | | | 20.76906 | 73.57 | 1,527.98 | 792.18 | 16,355.46 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.78 | 0.50 | 10.39 | 2.50 | 51.94 |
| HOLIDAY | | | | 0.00 | 0.00 | 8.00 | 166.16 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | 1.20 | 9.10 | 10.92 | 30.07 | 36.08 |
| UPTO HRS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| WEEKEND PREM | | | 0.70006 | 16.37 | 11.46 | 187.91 | 131.54 |
| OT PREM HRS | | | 10.82692 | 2.08 | 22.52 | 32.73 | 352.98 |
| PTO HRS | | | 20.77 | 8.00 | 166.16 | 48.50 | 996.64 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 24.20 |
| Health Care FSA | 20.00 | 220.00 |
| Vitalant Medical | 45.00 | 495.00 |
| BSI Dental | 3.00 | 33.00 |
| BSI 401k | 173.49 | 1,841.68 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 169.39 | 1,753.55 |
| Social Security | 115.16 | 1,220.84 |
| Medicare | 26.93 | 285.52 |
| PA State Tax | 57.03 | 604.52 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 18.58 | 196.92 |
| OPT Green Tree | 2.00 | 24.00 |
| PA Unemployment | 1.35 | 14.30 |
| City Withheld | 0.00 | 196.92 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 0.00 | 253.99 |
| Union Fund Assessmt | 0.00 | 5.00 |
| Optional Life 1X | 12.80 | 139.93 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2742307502 | PNC | C | | 1,155.77 |
| 2742307502 | Little Giant Federal Credit Uniion | S | | 125.00 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

**vitalant**

| Other Information | |
| --- | --- |
| **Description** | **Value** |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 1,023.14 |
| PTO Hours Total To Date | 144.12 |
| 401k ER Match This Period | 96.38 |
| PTO Hours This Period | 8.93 |

| Message(s) |
| --- |
| No Message(s) Found |

# vitalant.

Payslip

| Employee Full Name | Gwendolyn Lewis |
| Job Title | Hospital Distribution Tech (U).901166 |
| Employee Number | |
| Latest Hire Date | 15-Jan-2018 |
| Original Hire Date | 21-Aug-2006 |
| Adjusted Service Date | |
| Assignment Number | |
| Location | 2501 PA Pittsburgh |
| Position | |
| Payroll | BSI Bi-Weekly |
| Employee Address | 3725 Windgap Avenue |
| | Pittsburgh, PA 15204 |
| | US |

| Employer Name | Vitalant |
| Employer Phone Number | |
| Organization | D 2501 Distribution 6901 |
| Pay Basis | Non Exempt |
| Frequency | Week |
| Shift | |
| Bargaining Unit | SEIU #PITTS |
| Collective Agreement | |
| Contract | |
| Grade | UN.NATB |
| Employer Address | Vitalant |
| | 501 Martindale Street |
| | Pittsburgh, PA 15212 |
| | US |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 09-Jun-2023 | 21-May-2023 | 03-Jun-2023 | 20.77 | 43,201.60 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,063.25 | 255.89 | 421.22 | 55.95 | 1,330.19 |
| YTD | 18,535.49 | 2,370.19 | 4,122.73 | -777.00 | 12,819.57 |

## Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 16.20 | 162.88 |
| OVERTIME | | | 20.77564 | 12.48 | 259.28 | 30.65 | 635.93 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 330.00 |
| REG HOURS WAGES | | | 20.76993 | 70.50 | 1,464.28 | 718.61 | 14,827.48 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.77333 | 1.50 | 31.16 | 2.00 | 41.55 |
| HOLIDAY | | | 20.77 | 8.00 | 166.16 | 8.00 | 166.16 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 20.97 | 25.16 |
| WEEKEND PREM | | | 0.70023 | 17.08 | 11.96 | 171.54 | 120.08 |
| OT PREM HRS | | | 10.44952 | 12.48 | 130.41 | 30.65 | 330.46 |
| PTO HRS | | | | 0.00 | 0.00 | 40.50 | 830.48 |
| UPTO HRS | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

## Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Vitalant Medical | 45.00 | 450.00 |
| BSI Vision | 2.20 | 22.00 |
| Health Care FSA | 20.00 | 200.00 |
| BSI Dental | 3.00 | 30.00 |
| BSI 401k | 185.69 | 1,668.19 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 184.19 | 1,584.16 |
| Social Security | 123.57 | 1,105.68 |
| Medicare | 28.90 | 258.59 |
| PA State Tax | 61.19 | 547.49 |
| Pittsburgh | 19.93 | 178.34 |
| OPT Green Tree | 2.00 | 22.00 |
| PA Unemployment | 1.44 | 12.95 |
| City Withheld | 0.00 | 178.34 |
| PA SD Pittsburgh | 0.00 | 235.18 |

## After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| MISC DED | 0.00 | -1,163.12 |
| SEIU Union Dues | 42.15 | 253.99 |
| Union Fund Assessmt | 1.00 | 5.00 |
| Optional Life 1X | 12.80 | 127.13 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

## Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2735509101 | PNC | C | | 1,205.19 |
| 2735509101 | Little Giant Federal Credit Union | S | | 125.00 |

## Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

vitalant.

### Other Information

| Description | Value |
|---|---|
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 926.76 |
| PTO Hours Total To Date | 143.18 |
| 401k ER Match This Period | 103.16 |
| PTO Hours This Period | 8.93 |

### Message(s)

No Message(s) Found

**vitalant**

| | | | | |
|---|---|---|---|---|
| **Employee Full Name** | Gwendolyn Lewis | | **Employer Name** | Vitalant |
| **Job Title** | Hospital Distribution Tech (U).901166 | | **Employer Phone Number** | |
| **Employee Number** | | | **Organization** | D 2501 Distribution 6901 |
| **Latest Hire Date** | 15-Jan-2018 | | **Pay Basis** | Non Exempt |
| **Original Hire Date** | 21-Aug-2006 | | **Frequency** | Week |
| **Adjusted Service Date** | | | **Shift** | |
| **Assignment Number** | | | **Bargaining Unit** | SEIU #PITTS |
| **Location** | 2501 PA Pittsburgh | | **Collective Agreement** | |
| **Position** | | | **Contract** | |
| **Payroll** | BSI Bi-Weekly | | **Grade** | UN.NATB |
| **Employee Address** | 3725 Windgap Avenue | | **Employer Address** | Vitalant |
| | Pittsburgh, PA 15204 | | | 501 Martindale Street |
| | US | | | Pittsburgh, PA 15212 |
| | | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 26-May-2023 | 07-May-2023 | 20-May-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 547.59 | 119.48 | 80.96 | -1,150.32 | 1,497.47 |
| YTD | 16,472.24 | 2,114.30 | 3,681.58 | -832.95 | 11,509.31 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 16.20 | 162.88 |
| OVERTIME | | | 20.77037 | 1.35 | 28.04 | 18.17 | 376.65 |
| ON CALL | | | | 0.00 | 0.00 | 0.00 | 330.00 |
| REG HOURS WAGES | | | 20.77088 | 73.28 | 1,522.09 | 648.11 | 13,363.20 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | | 0.00 | 0.00 | 0.50 | 10.39 |
| MEAL ALLOW | | | | 0.00 | 0.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | | 0.00 | 0.00 | 20.97 | 25.16 |
| UPTO HRS | | | 20.77 | -56.00 | -1,163.12 | -56.00 | -1,163.12 |
| WEEKEND PREM | | | 0.70006 | 16.37 | 11.46 | 154.46 | 108.12 |
| OT PREM HRS | | | 10.45185 | 1.35 | 14.11 | 18.17 | 200.05 |
| PTO HRS | | | 20.77077 | 6.50 | 135.01 | 40.50 | 830.48 |
| UPTO HRS | | | | 0.00 | 0.00 | 56.00 | 1,163.12 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| BSI Vision | 2.20 | 19.80 |
| Health Care FSA | 20.00 | 180.00 |
| Vitalant Medical | 45.00 | 405.00 |
| BSI Dental | 3.00 | 27.00 |
| BSI 401k | 49.28 | 1,482.50 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 22.62 | 1,399.97 |
| Social Security | 29.80 | 982.11 |
| Medicare | 6.93 | 229.69 |
| PA State Tax | 14.66 | 486.30 |
| PA SD Pittsburgh | 0.00 | 235.18 |
| Pittsburgh | 4.77 | 158.41 |
| OPT Green Tree | 2.00 | 20.00 |
| PA Unemployment | 0.38 | 11.51 |
| City Withheld | 0.00 | 158.41 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SEIU Union Dues | 0.00 | 211.84 |
| Union Fund Assessmt | 0.00 | 4.00 |
| Optional Life 1X | 12.80 | 114.33 |
| MISC DED | -1,163.12 | -1,163.12 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2728542274 | Little Giant Federal Credit Uniion | S | | 125.00 |
| 2728542274 | PNC | C | | 1,372.47 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

vitalant

Payslip

| Other Information | |
|---|---|
| **Description** | **Value** |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 823.60 |
| PTO Hours Total To Date | 78.25 |
| 401k ER Match This Period | 27.38 |
| PTO Hours This Period | 8.93 |

| Message(s) |
|---|
| No Message(s) Found |

**vitalant**

Payslip

| Employee Full Name | Gwendolyn Lewis | | Employer Name | Vitalant |
|---|---|---|---|---|
| Job Title | Hospital Distribution Tech (U).901166 | | Employer Phone Number | |
| Employee Number | | | Organization | D 2501 Distribution 6901 |
| Latest Hire Date | 15-Jan-2018 | | Pay Basis | Non Exempt |
| Original Hire Date | 21-Aug-2006 | | Frequency | Week |
| Adjusted Service Date | | | Shift | |
| Assignment Number | | | Bargaining Unit | SEIU #PITTS |
| Location | 2501 PA Pittsburgh | | Collective Agreement | |
| Position | | | Contract | |
| Payroll | BSI Bi-Weekly | | Grade | UN.NATB |
| Employee Address | 3725 Windgap Avenue | | Employer Address | Vitalant |
| | Pittsburgh, PA 15204 | | | 501 Martindale Street |
| | US | | | Pittsburgh, PA 15212 |
| | | | | US |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 12-May-2023 | 23-Apr-2023 | 06-May-2023 | 20.77 | 43,201.60 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,059.70 | 255.57 | 420.41 | 44.12 | 1,339.60 |
| YTD | 15,924.65 | 1,994.82 | 3,595.85 | 317.37 | 10,016.61 |

### Hours and Earnings

| Description | Start Date | End Date | Rate | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| HOL WKD | | | | 0.00 | 0.00 | 16.20 | 162.88 |
| OVERTIME | | | 20.75983 | 6.87 | 142.62 | 16.82 | 348.61 |
| ON CALL | | | | 0.00 | 135.00 | 0.00 | 330.00 |
| REG HOURS WAGES | | | 20.77006 | 79.50 | 1,651.22 | 574.83 | 11,841.11 |
| CHARGE PAY | | | | 0.00 | 0.00 | 40.24 | 60.35 |
| COMMIT SCHEDULE | | | 20.78 | 0.50 | 10.39 | 0.50 | 10.39 |
| MEAL ALLOW | | | 8.00 | 1.00 | 8.00 | 1.00 | 8.00 |
| SHIFT 3 DIFF | | | 1.19968 | 12.37 | 14.84 | 20.97 | 25.16 |
| WEEKEND PREM | | | 0.69996 | 24.33 | 17.03 | 138.09 | 96.66 |
| OT PREM HRS | | | 11.73217 | 6.87 | 80.60 | 16.82 | 185.94 |
| PTO HRS | | | | 0.00 | 0.00 | 34.00 | 695.47 |
| UPTO HRS | | | | 0.00 | 0.00 | 56.00 | 1,163.12 |
| WORKERS COMP | | | | 0.00 | 0.00 | 48.00 | 996.96 |

### Pre Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Vitalant Medical | 45.00 | 360.00 |
| BSI Vision | 2.20 | 17.60 |
| Health Care FSA | 20.00 | 160.00 |
| BSI Dental | 3.00 | 24.00 |
| BSI 401k | 185.37 | 1,433.22 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 183.80 | 1,377.35 |
| Social Security | 123.35 | 952.51 |
| Medicare | 28.84 | 222.76 |
| PA State Tax | 61.08 | 471.64 |
| Pittsburgh | 19.90 | 153.64 |
| OPT Green Tree | 2.00 | 18.00 |
| PA Unemployment | 1.44 | 11.13 |
| City Withheld | 0.00 | 153.64 |
| PA SD Pittsburgh | 0.00 | 235.18 |

### After Tax Deductions

| Description | Current | YTD |
|---|---|---|
| SEIU Union Dues | 30.32 | 211.84 |
| Union Fund Assessmt | 1.00 | 4.00 |
| Optional Life 1X | 12.80 | 101.53 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Sec Exemp | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |
| Federal | Single | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 2721695072 | PNC | C | | 1,214.60 |
| 2721695072 | Little Giant Federal Credit Union | S | | 125.00 |

### Third Party Pay Distribution

| Deposit/Check Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|

### Other Information

**vitalant.**

| Description | Value |
| --- | --- |
| Sick Leave Hrs This Period | 0.00 |
| Sick Leave Hrs Total To Date | 0.00 |
| 401k ER Match Total To Date | 796.22 |
| PTO Hours Total To Date | 75.82 |
| 401k ER Match This Period | 102.98 |
| PTO Hours This Period | 8.93 |

| Message(s) |
| --- |
| No Message(s) Found |