IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Gwendolyn Lewis** | : : : : | Bankruptcy No. **23-21928-CMB** |
| | : | Chapter **13** |
| Debtor | : : | |
| | : | Related to Document No. |
| **Gwendolyn Lewis** | : : | |
| Movant | : : | |
| | : : | |
| v. | : : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Brian C. Thompson, Esquire PA-91197**__, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

People's Natural Gas Company
PO Box 644760
Pittsburgh, PA 15264

The Pittsburgh Water and Sewer Authority
PO Box 747055
Pittsburgh, PA 15274-7055

Union Orthotics & Prosthetics Co.
PO Box 536714
Pittsburgh, PA 15253-5909

US Acute Care Solutions
PO Box 9820
Coral Springs, FL 33075-9820

**PAWB Local Form 30 (07/13)**

| | |
|---|---|
| By: | **/s/ Brian C. Thompson, Esquire** |
| | Signature |
| | **Brian C. Thompson, Esquire PA-91197** |
| | Typed Name |
| | **125 Warrendale-Bayne Road** |
| | **Suite 200** |
| | **Warrendale, PA 15086** |
| | Address |
| | **724-799-8404 Fax:724-799-8409** |
| | Phone No. |
| | **PA-91197 PA** |
| | List Bar I.D. and State of Admission |

**PAWB Local Form 30 (07/13)**