IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                                    **Case No.: 23-21928-CMB**
**Gwendolyn Lewis**
**Debtor.**                                                  **Chapter 13**

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

       Please enter our appearance on behalf of the City of Pittsburgh and City of Pittsburgh School District in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

       Please enter the address below as the mailing address for these creditors. All notices should be mailed to the following address:

**City of Pittsburgh and City of Pittsburgh School District**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

<u>November 6, 2023</u>

                                                  GRB Law,

                           By:     <u>/s/Jeffrey R. Hunt</u>
                                  Jeffrey R. Hunt, Esquire
                                  Pa I.D. No. 90342
                                  525 William Penn Place
                                  Suite 3110
                                  Pittsburgh, PA 15219
                                  412-281-0587
                                  jhunt@grblaw.com
                                  Attorney for Movants

2238206.9

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for City of Pittsburgh and City of Pittsburgh School District, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)   That there are no other requests to receive notices on behalf of these creditors, or

( )   that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2023.

> GRB Law,
>
> By:   /s/Jeffrey R. Hunt
> Jeffrey R. Hunt, Esquire
> Pa I.D. No. 90342
> 525 William Penn Place
> Suite 3110
> Pittsburgh, PA 15219
> 412-281-0587
> jhunt@grblaw.com
> Attorney for Movants

2238206.9