Certificate Number: 12433-PAW-DE-039272669

Bankruptcy Case Number: 23-21928



12433-PAW-DE-039272669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2025, at 2:02 o'clock PM EST, Gwendolyn L. Lewis completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 24, 2025          By:  /s/Lisa Susoev

                                 Name:  Lisa Susoev

                                 Title:  Teacher