**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gwendolyn Lewis, | ) | Bankruptcy No. 23-21928-CMB |
| Debtor. | ) | Chapter 7 |
| Gwendolyn Lewis, | ) | Document No. |
| Movant, | ) | Related to Document No. |
| v. | ) | |
| No Respondents. | ) | |

## STATEMENT REGARDING REQUIRED DOCUMENTS UNDER RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7

AND NOW comes the Debtor, by and through her attorney, Brian C. Thompson, Esquire and Thompson Law Group, P.C., and file this Statement Regarding Required Documents Under Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(B)(I), Debtor does not have additional unpaid debts incurred after the commencement of the Chapter 13 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtors have filed all required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtor has filed a Statement of Intention on January 15, 2025.

4. This case was converted after the confirmation of a plan.

Date: February 10, 2025                 /s/Brian C. Thompson
                                         Brian C. Thompson, Esquire
                                         PA I.D. # 91197
                                         Thompson Law Group, P.C.
                                         301 Smith Drive, Suite 6

Cranberry Township, PA 16066
724-799-8404 Telephone
724-799-8409 Facsimile
bthompson@thompsonattorney.com