**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GWENDOLYN LEWIS | Case No.:23-21928 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/12/2023 and confirmed on 12/05/2023. The case was subsequently  (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,179.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,179.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,462.75 | |
|   Trustee Fee | 850.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,313.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 3240 | 0.00 | 9,860.51 | 0.00 | 9,860.51 |
| LAKEVIEW LOAN SERVICING LLC<br>  Acct: 3240 | 224.71 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHOR<br>  Acct: 1J79 | 1,403.77 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHOR<br>  Acct: 1J79 | 17.69 | 0.00 | 0.00 | 0.00 |
| | | | | 9,860.51 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GWENDOLYN LEWIS<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GWENDOLYN LEWIS<br>  Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>  Acct: | 4,400.00 | 3,462.75 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| THOMPSON LAW GROUP PC<br>Acct: | 5,000.00 | 0.00 | 0.00 | 0.00 |
| CITY AND SCHOOL DISTRICT OF PITTSBU<br>Acct: 6367 | 298.10 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXX1928 | 5.00 | 5.00 | 0.00 | 5.00 |
| | | | | 5.00 |
| **Unsecured** | | | | |
| ABSOLUTE RESOLUTIONS INVESTMENTS<br>Acct: 8164 | 7,072.01 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 9465 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 1691 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 2792 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK<br>Acct: 6332 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3666 | 4,312.39 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1831 | 1,851.39 | 0.00 | 0.00 | 0.00 |
| CITIBANK**<br>Acct: 8806 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: 6002 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK++<br>Acct: 9843 | 0.00 | 0.00 | 0.00 | 0.00 |
| FINGERHUT<br>Acct: 7547 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT<br>Acct: 9909 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORTIVA<br>Acct: 7706 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGENT CONCOR<br>Acct: 6057 | 778.09 | 0.00 | 0.00 | 0.00 |
| GENESIS FS CARD SERVICES<br>Acct: 8539 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 7036 | 1,951.65 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 2194 | 1,572.24 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 1090 | 1,962.77 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION++<br>Acct: 6367 | 58,065.44 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 7911 | 6,884.38 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*)<br>Acct: 7558 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6747 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICES++<br>Acct: 4982 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE BUREAUS INC<br>Acct: 4653 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>Acct: 1J79 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| UNION ORTHOTICS AND PROSTHETICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8930 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR VE | 5,647.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6077 | | | | |
| LVNV FUNDING LLC | 3,512.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1284 | | | | |
| US ACUTE CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9445 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC/ | 121.47 | 0.00 | 0.00 | 0.00 |
| Acct: 7933 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 51.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 201.29 | 0.00 | 0.00 | 0.00 |
| Acct: 0811 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 9,865.51 |

TOTAL CLAIMED
 PRIORITY           303.10
 SECURED          1,646.17
 UNSECURED       93.984.28

Date: 06/12/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com